**Adel Ahmad ZAZA; Fatima Abu Ruman; Zaina Zaza; Anas Zaza, Petitioners,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 05–70350.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 8, 2005.*

Decided Nov. 15, 2005.

Elias Z. Shamieh, Esq., Law Offices of Shamiyeh & Shamieh, San Francisco, CA, for Petitioners.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, OIL, U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: WALLACE, LEAVY, and BERZON, Circuit Judges.

MEMORANDUM **

Adel Ahmad Zaza, a native of Syria and a citizen of Jordan, and his family petition

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

for review of the Board of Immigration Appeals' decision adopting and affirming the immigration judge's decision to deny their motion to reopen. The petitioners seek to apply for suspension of deportation pursuant to the class action settlement approved in *Barahona–Gomez v. Ashcroft,* 243 F.Supp.2d 1029 (N.D.Cal.2002). As the Board and the immigration judge concluded, the petitioners are not members of the *Barahona–Gomez* class because they did not seek suspension of deportation until after March 31, 1997. *See Sotelo v. Gonzales,* No. 03–74083, slip op. 14449, 14456–57 (9th Cir. Oct. 21, 2005). We therefore deny the petition for review.

**PETITION DENIED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.